## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**HANNAH DOWD,**

        **Plaintiff,**

**v.**                                        **Case No: 6:23-cv-101-RBD-EJK**

**ORLANDO HEALTH INC.,**

        **Defendant.**

### ORDER

This cause comes before the Court on the parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice. (Doc. 23.) Counsel are directed to file **within seven days** a notice stating whether the parties have entered into any agreement (oral or written) that has not been disclosed to the Court and (a) is in any way related to this action, or (b) contains a release of non-FLSA claims, a confidentiality provision, or a non-disparagement provision. If a separate agreement exists, the parties are further directed to state (1) whether the consideration in the separate agreement is greater than $250, (2) whether the consideration has already been paid, (3) what claims Plaintiff is releasing pursuant to the separate agreement, and (4) whether acceptance of the FLSA Settlement Agreement was conditioned upon acceptance of the separate agreement.

Additionally, the parties are reminded that they may consent to the jurisdiction of the assigned magistrate judge to resolve their pending joint motion to approve their FLSA settlement agreement and dismiss the case with prejudice. Doing so would

allow a speedier resolution of the pending motion without the necessity of the issuance of a report and recommendation.   If the parties would like to consent to the magistrate judge resolving the motion and granting the relief requested therein, they must all sign and file, **within seven days,** Form AO 85A, available at https://www.flmd.uscourts.gov/forms/all, and attached hereto as Exhibit A.

**DONE** and **ORDERED** in Orlando, Florida on July 24, 2023.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Attachment:

Exhibit A – Form AO 85A: Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge