# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**HANNAH DOWD,**

    **Plaintiff,**

                              **CASE NO.: 6:23-cv-00101-RBD-EJK**

**v.**

**ORLANDO HEALTH INC.,**

    **Defendant.**

_____/

## JOINT SUPPLEMENTAL NOTICE OF FILING
## REVISED SETTLEMENT AGREEMENT

PLEASE TAKE NOTICE that Plaintiff, Hannah Dowd, and Defendant, Orlando Health, Inc., file their fully-executed and revised settlement agreement, per the Court's Order Taking Under Advisement (Dkt. 28, the "Order") the parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice (Dkt. 23). Per the Order, the Release is limited to Defendant and its heirs and assigns, and the Release is executed by both parties.

Respectfully submitted October 5, 2023, by:

| | |
|---|---|
| */s/ Brandon J. Hill* | */s/ Lara J. Peppard* |
| Brandon J. Hill; FBN: 0037061 | Lara J. Peppard; FBN: 052055 |
| E-Mail: bhill@wfclaw.com | E-Mail: lara.peppard@ogletree.com |
| Africa F. Altidor; FBN: 124595 | Marielly Abzun; FBN: 1011245 |
| E-Mail: aaltidor@wfclaw.com | E-Mail: marielly.abzun@ogletree.com |
| WENZEL, FENTON, CABASSA, P.A. | OGLETREE, DEAKINS, NASH, |
| 1110 N. Florida Ave., Suite 300 |     SMOAK & STEWART, P.C. |
| Tampa, FL 33602-3300 | 100 N. Tampa Street, Suite 3600 |

| | |
|---|---|
| T: 813.224.0431; F: 813.229-8712 | Tampa, FL  33602 |
| *Counsel for Plaintiff* | T: 813.289.1247; F: 813.289.6530 |
| | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 5, 2023, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will serve a copy on:

Brandon J. Hill, Esq.; Africa F. Altidor, Esq.
WENZEL FENTON CABASSA, P.A.
1110 North Florida Avenue, Suite 300
Tampa, FL 33602
bhill@wfclaw.com; aaltidor@wfclaw.com

                                                              */s/  **Lara J. Peppard***
                                                              Attorney