UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HANNAH DOWD,**

      Plaintiff,

v.                                          Case No: 6:23-cv-101-RBD-EJK

**ORLANDO HEALTH INC.,**

      Defendant.

### ORDER

This cause comes before the Court on the parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice (the "Motion") (Doc. 23), filed July 21, 2023.

This is an FLSA case. *See generally* 29 U.S.C. §§ 201–209. The parties filed their Motion on July 21, 2023. (Doc. 23.) On August 11, 2023, the parties consented to the jurisdiction of the undersigned United States Magistrate Judge for purposes of considering the Motion and, thus, granting the relief requested therein. (Doc. 26.) The presiding District Judge approved that consent. (Doc. 27.) The undersigned then took the Motion under advisement on September 21, 2023, due to the breadth of the release provision in the Settlement Agreement and Release of Wage Claims and because the Settlement Agreement was not signed by all parties. (Doc. 28.) The parties filed a Revised Settlement Agreement and Release of Wage Claims (the "Revised Settlement Agreement") on October 5, 2023, to address the undersigned's concerns. (Doc. 29-1.)

Since the proposed settlement involves a compromise of Plaintiff's FLSA claim for overtime compensation (Doc. 1), it is incumbent on the Court to review the reasonableness of the proposed settlement. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982). Having reviewed the Revised Settlement Agreement (Doc. 29-1), the Court finds that it is a reasonable compromise of a bona fide dispute between parties represented by competent counsel. *Lynn's Food*, 679 F.2d 1350. The Court further finds that the agreed-upon fee to be paid to Plaintiff's counsel was determined independently, did not affect the payment to Plaintiff, and otherwise appears to be reasonable. *See Bonetti v. Embarq Mgmt. Co.*, No. 06:07-CV-1335, 2009 WL 2371407 (M.D. Fla. Aug. 4, 2009).

It is, therefore **ORDERED** as follows:

1. The parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice (Doc. 23) is **GRANTED**;
2. The Revised Settlement Agreement (Doc. 29-1) is **APPROVED**;
3. This case is **DISMISSED** with prejudice; and
4. The Clerk of Court is **DIRECTED** to close the file.

**DONE** and **ORDERED** in Orlando, Florida on October 12, 2023.

*[Signature]*

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE